UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE DIANGELO,

Plaintiff,

-against-

PAUL STAWINSKI, et al.,

Defendants.

25-CV-6634 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Joe DiAngelo, who is appearing *pro se* and *in forma pauperis*, brought this nearly 400-page complaint seeking to enjoin execution of a state court judgment against him in *Pepper v. DiAngelo*, Index No. 57341/2015.[1] By order dated August 20, 2025, the Court denied Plaintiff's *ex parte* motion for a temporary restraining order, in which he sought to enjoin Defendants Melissa Pepper, Paul Stawinski, Peter Rojas and others from executing on the allegedly "fraudulent" state court judgment against him, and to recover $166,014.54, seized from an account in his name with SoFi Bank, N.A. (ECF 8).

The Court's order denied relief principally on the grounds that (1) Plaintiff could not challenge the "fraudulent" state court judgment in federal court because federal district courts do not "'exercise appellate jurisdiction over state-court judgments,' *Verizon Md. Inc. v. Pub. Serv. Comm'n of Md.*, 535 U.S. 635, 644 n.3 (2002))" (ECF 8 at 6); and (2) he had not alleged any

[1] Judgment entered on August 13, 2018, in the Supreme Court, New York County, in favor of Plaintiffs Melissa Pepper and Peter Stawinski against Defendants DiAngelo, Alejandro Ferrari, and Workout Loft Inc. d/b/a Canali Club, Canali System USA LLC, jointly and severally, in the amount of $154,823.33, together with statutory interest and costs, and in favor of Plaintiff Peter Rojas in the amount of $82,080.00, together with interest and costs.

conduct that could be the basis for the predicate acts for his claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c).

The Court's order resolved Plaintiff's claims against most defendants, and Plaintiff has made no further effort to prosecute this action. If Plaintiff wishes to pursue any outstanding claims not resolved by the Court's August 20, 2025 order, the Court directs Plaintiff to file an amended complaint, within 30 days of the date of this order, naming only those defendants against whom he continues to assert a valid claim. For Plaintiff's benefit, the Court reiterates that "parties who lose in state trial court do not get to appeal to a federal trial court. Instead, they may take their appeal to a state appeals court." *T. M. v. Univ. of Maryland Med. Sys. Corp.*, 146 S. Ct. 1739, 1754 (2026) (Thomas, J., concurring).

## CONCLUSION

If Plaintiff wishes to pursue this action, the Court directs Plaintiff to file an amended complaint, within 30 days of the date of this order, naming only those defendants against whom he has claims not resolved by the Court's August 20, 2025 order. An amended complaint form is attached to this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

__________________________________________________

__________________________________________________

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

__________________________________________________

__________________________________________________

__________________________________________________

__________________________________________________

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## AMENDED

## COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_______________________________________________________________

_______________________________________________________________

_______________________________________________________________

_______________________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ______________________________, is a citizen of the State of
(Plaintiff's name)

______________________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ____________________________________, is a citizen of the State of
(Defendant's name)

________________________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________________________________.

If the defendant is a corporation:

The defendant, ______________________________, is incorporated under the laws of

the State of ________________________________________

and has its principal place of business in the State of ______________________________

or is incorporated under the laws of (foreign state) ________________________________

and has its principal place of business in ______________________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

________________________________________________________________________
First Name Middle Initial Last Name

________________________________________________________________________
Street Address

________________________________________________________________________
County, City State Zip Code

____________________________ ________________________________________
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated Plaintiff's Signature

First Name Middle Initial Last Name

Street Address

County, City State Zip Code

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.